1
2
3
4
5
6
7
8
9
10

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

11  JAMALL E. ADAMS,                    No.  1:21-cv-01217-DAD-BAM (PC)

12              Plaintiff,

13       v.                             ORDER ADOPTING FINDINGS AND
                                        RECOMMENDATIONS AND DENYING
14  DURAN, et al.,                      MOTION TO PROCEED *IN FORMA*
                                        *PAUPERIS*
15              Defendants.
                                        (Doc. Nos. 2, 7, 8)
16

17       Plaintiff Jamall E. Adams is a state prisoner proceeding *pro se* in this civil rights action

18  brought pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate

19  Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20       On August 17, 2021, the assigned magistrate judge issued findings and recommendations

21  recommending that plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) be denied

22  because it was determined that plaintiff had sufficient funds in his trust account to pay the

23  required filing fee in full.  (Doc. No. 7.)  Those pending findings and recommendations were

24  served on plaintiff and contained notice that any objections thereto were to be filed within

25  fourteen (14) days after service.  (*Id.* at 2.)  Plaintiff did not file any objections to those findings

26  and recommendations.

27       However, on August 27, 2021, in lieu of filing objections to the findings and

28  recommendations, plaintiff filed a motion requesting "that he not pay [the] filing fee at this

1

moment" because he is unemployed and under the poverty guidelines.  (Doc. No. 8 at 1.)

Therein, plaintiff explains that the only reason he has a sufficient balance in his prison trust

account is because he received a stimulus check from the government due to the coronavirus

pandemic.  (*Id.* at 1–2.)  Nonetheless, plaintiff has provided the court no authority for his apparent

argument that the court cannot consider funds he received from a government economic stimulus

program in evaluating his application to proceed *in forma pauperis* in this action and in

determining whether he is or is not able to pay court filing fees.  Although plaintiff may be

unemployed and without present other income, plaintiff is financially able to pay the filing fee at

this time.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a

*de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's latest

motion to be relieved of his obligation to pay the filing fee in order to proceed with this case, the

court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1.      The findings and recommendations issued on August 17, 2021 (Doc. No. 7) are

adopted in full;

2.      Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is denied;

3.      Plaintiff's motion to proceed in this action without paying the required filing fee

(Doc. No. 8) is denied;

4.      Within thirty (30) days from the date of service of this order, plaintiff is required

to pay the $402.00 filing fee for this action in full;

5.      Plaintiff's failure to pay the required filing fee as ordered will result in the

dismissal of this action without prejudice; and

6.      This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **September 14, 2021**

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28